# ELECTRONIC RECORD

COA # 12-14-00232-CR  OFFENSE: 1

STYLE: Freddie James Foreman v. The State of Texas  COUNTY: Houston

COA DISPOSITION: AFFIRMED  TRIAL COURT: 349th District Court

DATE: 6/17/2015  Publish: NO TC CASE #: 13CR-184

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Freddie James Foreman v. The State of Texas  CCA #: 909-15

_____PRO SE_____ Petition  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

_____REFUSED_____  JUDGE: _____

DATE: 10/07/2015  SIGNED: _____ PC: _____

JUDGE: _____  PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**